**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JUSTIN JONES**                                                                    **PLAINTIFF**

**VS.**                                  **2:19CV00148 BRW**

**ST. FRANCIS COUNTY, ARKANSAS**
                                                                                   **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial July 13, 2021, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding.

At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 13, 2021, in favor of the Defendant, St. Francis County, Arkansas.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Justin Jones, take nothing on his complaint against the Defendant, St. Francis County, Arkansas, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 13th day of July 2021.


                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE